UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KEYVAN SHAHRDAR | CIVIL ACTION NO. 06-0397 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TECH DATA CORPORATION<br>CHARLES M. TATELBAUM | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint (Record Document 1) be and is hereby **DISMISSED** for failure to state a claim upon which relief can be granted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE